UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SELECT OILFIELD SERVICES, LLC | * | CIVIL ACTION |
| VERSUS | * | NO. 23-2431 |
| TOTAL MARINE SERVICES OF JEFFERSON, INC. | * | SECTION "E" (2) |

## ORDER AND REASONS

Defendant Total Marine Services of Jefferson, Inc.'s Motion for Leave to Exceed Twenty-Five Interrogatories (ECF No. 20) is pending before me in this matter. The motion was scheduled for submission on March 20, 2024. Movant advised the court that Plaintiff no longer opposed the motion on March 12, 2024. Further, Plaintiff did not file an Opposition Memorandum, and the deadline for same expired on Tuesday, March 12, 2024. *See* E.D. La. L.R. 7.5.

Defendant seeks leave to propound nine interrogatories in excess of Rule 33's numerical limitation due to the nature of the claims at issue. ECF No. 20-1. Although Plaintiff initially indicated opposition, Defendant has advised that Plaintiff no longer opposes the motion, and Plaintiff has not filed an opposition memorandum. Having considered the record, the written submissions of counsel, the lack of opposition, and the applicable law,

IT IS ORDERED that the Motion for Leave to Propound Additional Interrogatories (ECF No. 20) is GRANTED.

New Orleans, Louisiana, this 20th day of March, 2024.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE