UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SELECT OILFIELD SERVICES, LLC,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2431** |
| **TOTAL MARINE SERVICES OF JEFFERSON, INC.,**<br>    Defendant | **SECTION: "E" (2)** |

## ORDER OF DISMISSAL

The Court having been advised that all parties have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated.  In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days.  *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 22nd day of May, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**