UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SELECT OILFIELD SERVICES, LLC. | * | NO. 23-2431 |
| | * | |
| VERSUS | * | SECTION "E" (2) |
| | * | |
| | * | MAGISTRATE JUDGE DONNA P. CURRAULT |
| TOTAL MARINE SERVICES OF JEFFERSON, INC. | * | |
| | * | JUDGE SUSIE MORGAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FINAL JUDGMENT

Considering the foregoing Joint Motion for Final Judgment of Dismissal with Prejudice;

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims asserted by Plaintiff Select Oilfield Services, LLC in the above-captioned case against Defendant Total Marine Services of Jefferson, Inc. are hereby **DISMISSED WITH PREJUDICE** with each party shall bear its own respective costs in these proceedings.

New Orleans, Louisiana, this 3rd day of July, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**